**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00925-CV

**HMS HOLDINGS CORP., HEALTH MANAGEMENT SYSTEMS, INC., AND HMS BUSINESS SERVICES, INC., Appellants**

**V.**

**PUBLIC CONSULTING GROUP, INC., JAMES GAMBINO, AND JASON RAMOS, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-09047**

## ORDER

We **GRANT** appellee/cross-appellant Public Consulting Group, Inc.'s unopposed motion to extend time to file brief and **ORDER** the brief tendered to the Clerk of the Court September 29, 2015 filed as of the date of this order.

/s/     CRAIG STODDART
          JUSTICE